IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VERSATA DEVELOPMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-328-GBL-IDD |
| ) | |
| TERESA STANEK REA, ) | |
| Acting Under Secretary of ) | |
| Commerce for Intellectual Property and ) | |
| Acting Director of the United States ) | |
| Patent and Trademark Office, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SAP AMERICA & SAP AG, ) | |
| ) | |
| Defendant-Intervenors. ) | |

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 16), Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 17), and Intervenors' Motion to Dismiss, also for lack of subject matter jurisdiction (Doc. 39). For the reasons to be stated in a forthcoming Memorandum Opinion and Order,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 16) and Intervenors' Motion to Dismiss (Doc. 39) are **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 17) is **DENIED** as moot;

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED without prejudice.**

This Order does not constitute a final judgment, and the time for appeal will not run until the Court issues the Memorandum Opinion and Order setting forth its reasoning.

**IT IS SO ORDERED.**

ENTERED this _12_ day of July, 2013.

Alexandria, Virginia
7 / 12 / 2013

                                       /s/
                            Gerald Bruce Lee
                            United States District Judge